IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Date:            July 17, 2023
Deputy Clerk:    Donald Clement
Court Reporter:  Erin Valenti

Civil Action No. **1:23-cv-00451-GPG-SKC**          Counsel:

TIFANIE HARVEY,                                     Ralph E. Lamar, IV

    Plaintiff,

v.

EMILY GRIFFITH TECHNICAL COLLEGE,                   Michael Brent Case
                                                    M. Jonathan Koonce

    Defendant.

## COURTROOM MINUTES

**Video Motions Hearing pertaining to Motion to Dismiss [D.9]**

**1:31 p.m.**     **Court in session.**

Appearances of counsel.

Court notes that Motion to Dismiss [D. 9] pertaining to conferral and requirements for good faith conferral.

Mr. Koonce provides argument in support of Motion to Dismiss [D. 9]

Mr. Lamar provides argument against the Motion to Dismiss [D. 9].

Mr. Koonce rebuttal argument.

**2:13 p.m.**     **Court in recess.**
**2:18 p.m.**     **Court back in session**

Court's findings of fact, conclusions of law, and orders.

**ORDERED:**  Motion to Dismiss [D. 9] is denied and will not convert the Motion to Dismiss to a Motion for Summary Judgment.

**2:29 p.m.**     **Court is in recess.**     Hearing concluded.
Total time in court: 0:58 Minutes